IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PATH SOLUTION, LLC, | : | |
| | : | Civil Action File No.: |
| Plaintiff/Counter-Defendant, | : | 1:13-CV-4271 |
| | : | |
| vs. | : | |
| | : | |
| SENTINEL INSURANCE COMPANY LIMITED, | : | |
| | : | |
| Defendant/Counter-Plaintiff. | : | |

## **PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

COMES NOW Plaintiff, Path Solution, LLC, by its undersigned attorneys and pursuant to Fed.R.Civ.P. 41(a)(2) respectfully moves the Court to dismiss this lawsuit, including Plaintiff's claims and Defendant's counterclaims. In support of this Motion, Plaintiff relies on:

(a) Plaintiff's Memorandum of Law in Support of Plaintiff's Motion to Dismiss Without Prejudice; and

(b) Declaration of Michael O'Neill dated March 28, 2014.

WHEREFORE, Plaintiff Path Solution, LLC, respectfully requests that the Court dismiss this lawsuit, including Plaintiff's claims and Defendant's counterclaims, without prejudice.

Respectfully submitted this 28th day of March, 2014.[1]

                                      HASSON LAW GROUP, P.C.

                                      */s/ Michael F. O'Neill*_____
                                      Keith S. Hasson
                                      Georgia Bar No. 336383
                                      Michael F. O'Neill
                                      Georgia Bar No. 553740

                                      ***Attorneys for Plaintiff***

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Tel: 678-701-2869
keith@hassonlawgroup.com
mike@hassonlawgroup.com

---

[1] Counsel hereby certifies that this document has been prepared in Times New Roman font (14 point) in accordance with Local Rule 5.1C.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| PATH SOLUTION, LLC, | : | |
| | : | Civil Action File No.: |
| Plaintiff/Counter-Defendant, | : | 1:13-CV-4271 |
| | : | |
| vs. | : | |
| | : | |
| SENTINEL INSURANCE | : | |
| COMPANY LIMITED, | : | |
| | : | |
| Defendant/Counter-Plaintiff. | : | |
| _____ | : | |

## CERTIFICATE OF SERVICE

I hereby certify that I have, this date, filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

*R. Dennis Withers*
*James A. Kitces*
***ROBINS, KAPLAN, MILLER & CIRESI, LLP***
*1201 West Peachtree Street*
*Suite 2200*
*Atlanta, Georgia 30309*
*Email: rdwithers@rkmc.com*
*Email: jakitces@rkmc.com*

*[Signature on next page.]*

This 28th day of March, 2014.

                                      HASSON LAW GROUP, P.C.

                                      ***/s/ Michael F. O'Neill***
                                      Keith S. Hasson
                                      Georgia Bar No. 336383
                                      Michael F. O'Neill
                                      Georgia Bar No. 553740

                                      *Attorneys for Plaintiff*

3379 Peachtree Road, NE
Suite 625
Atlanta, Georgia 30326
Telephone (678) 701-2869
keith@hassonlawgroup.com
mike@hassonlawgroup.com